**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 23, 2019 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. James Lee Hankins
Hankins Law Office
929 Northwest 164th Street
Edmond, OK 73013

   **RE:**      **18-6095, Degeare v. Bear**
                 Dist/Ag docket: 5:17-CV-00244-D

Dear Counsel:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

                                 Sincerely,

                                 Elisabeth A. Shumaker
                                 Clerk of the Court

cc:     Jennifer B. Miller

EAS/jm